No. 549 June 18, 2025 363

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE STATE OF OREGON

In the Matter of the Estate of
Wilbert H. Tressler, deceased.

Barbi M. DOLL,
*Appellant,*

*v.*

Donald Lee TRESSLER,
as Personal Representative of the Estate of
Wilbert H. Tressler,
*Respondent.*

Washington County Circuit Court
21PB05510; A180067

Janelle F. Wipper, Judge.

Submitted May 20, 2025.

Jennifer J. Martin, Kevin O'Connell, and Law Offices of O'Connell Hval & Martin filed the briefs for appellant.

Heather Cavanaugh, Julie R. Vacura, and Larkins Vacura Kayser, LLP, filed the brief for respondent.

Before Ortega, Presiding Judge, Hellman, Judge, and O'Connor, Judge.

ORTEGA, P. J.

Affirmed.

**ORTEGA, P. J.**

Petitioner Barbi Doll seeks reversal of an opinion and order concluding that decedent Wilbert Tressler lacked testamentary capacity when he executed a will in 2020, which made her the primary beneficiary of his estate and which also concluded that the will was the result of undue influence by petitioner. She seeks reversal of that opinion and order, which invalidated the 2020 will, and the findings and conclusions supporting it. We affirm.

Petitioner has not asked this court to try the cause anew on the record under ORAP 5.40(8), and this is not an "exceptional case" warranting such review. ORAP 5.40(8)(c). Accordingly, we are bound by the trial court's findings of historical fact that are supported by any evidence in the record and review the court's dispositional conclusions for errors of law. *See Williamson v. Zielinski*, 326 Or App 648, 649, 532 P3d 1257 (2023).

The trial court's findings of historical fact are supported by evidence in the record and are bolstered by its credibility findings. Those findings provide ample legal support for its dispositional conclusions. We therefore conclude that petitioner has failed to show any basis for reversal of the opinion and order.

Affirmed.